# EXHIBIT B

# US 11403932 B2 Verna
# vs
# BlackBoard Connect

# U.S. Patent No. 11,403,932



Claims priority from a provisional application    5/24/2011

Total patent Term Adjustments: 188 days

# Related Products

- The following chart is based on the review of BlackBoard's Web Site.



[https://www.blackboardk12.com/domain/59](https://www.blackboardk12.com/domain/59)



https://web.archive.org/web/20230000000000*/https://www.blackboardk12.com/domain/59

3

# US 11,403,932 Claim 1

1. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising:

determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region;

generating and converting a text message indicative of the emergency situation into a digitized voice alert; and

converting the digitized voice alert into at least one language selected from a plurality of languages for broadcast of the digitized voice alert through the at least one wireless hand held device; and

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.

# US 11,403,932 Claim 1

| | |
|---|---|
| 1. A method for **providing instant emergency** voice alerts **to wireless hand held device users** in a specified region, the method comprising: | BlackBoard Connect's Mass Notification system "**school lockdown**" such as "**Voice alerts**" to wireless hand held device users, for example their "**cell phone**" in a specified region such as "**school**". |



https://vimeo.com/266488870

6

# US 11,403,932 Claim 1

| | |
|---|---|
| determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region; | BlackBoard Connect's Mass Notification system "**school lockdown**" requiring emergency notification "messages can be sent quickly to voice", of the emergency situation to wireless hand held device users affected in a specified region, such as sending "**to a school**". |



https://vimeo.com/266488870

# US 11,403,932 Claim 1

| | |
|---|---|
| determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region; | BlackBoard Connect's Mass Notification system, such as a **school lockdown,** provides emergency notification of the emergency situation to wireless hand held device users affected in a specified region, such as a "targeted group" **a school**. |

> **Create once, publish everywhere**
>
> The create once, publish everywhere (COPE) movement is breathing life into outdated and clunky communication practices across K-12 districts. By using Blackboard Mass Notifications you can write a message once, select preferred communication methods, and publish across your desired channels—saving time, creating consistency, and building capacity.

https://vimeo.com/266488870



Target your messaging.
Designed for broad messages or targeted groups, you can send urgent alerts as well as carefully curated messaging. Send a single notification or send a single message to thousands. With recipient-specific information, you'll be able to customize what your recipients read.



https://www.blackboardk12.com/domain/59

7

# US 11,403,932 Claim 1

| | |
|---|---|
| generating and converting a text message indicative of the emergency situation into a digitized voice alert; and | BlackBoard Connect's Mass Notification system can **generate and convert a text message indicative of the emergency situation into a digitized voice alert to allow the message to be received on the user's Mobile device.** |



https://vimeo.com/266488870

10

# US 11,403,932 Claim 1

| | |
|---|---|
| converting the digitized voice alert into at least one language selected from a plurality of languages for broadcast of the digitized voice alert through the at least one wireless hand held device; and | BlackBoard Connect's Mass Notification system can convert the digitized voice alert into at least one language "**English**" selected from a plurality of languages **"English, Spanish, etc etc"** for broadcast of the digitized voice alert through the at least one wireless hand held device; and |



https://vimeo.com/266488870

# US 11,403,932 Claim 1

| | |
|---|---|
| transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region. | BlackBoard Connect's Mass Notification system transmits the digitized voice alert "broad messages" through specific towers of a cellular communications network to a specified region" target your message to targeted groups".  BlackBoard would have to transmit the notification though specific cell towers to reach a targeted group. |



https://www.blackboardk12.com/domain/59

# US 11,403,932 Claim 18

18. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising:

determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region;

generating and converting a text message indicative of the emergency situation into a digitized voice alert; and

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.

# US 11,403,932 Claim 18

18. A method for **providing instant emergency** voice alerts **to wireless hand held device users** in a specified region, the method comprising:

BlackBoard Connect's Mass Notification system "**school lockdown**" such as "**Voice alerts**" to wireless hand held device users, for example their "**cell phone**" in a specified region such as "**school**".



https://vimeo.com/266488870

6

# US 11,403,932 Claim 18

| | |
|---|---|
| determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region; | BlackBoard Connect's Mass Notification system "**school lockdown**" requiring emergency notification "messages can be sent quickly to voice", of the emergency situation to wireless hand held device users affected in a specified region, such as sending "**to a school**". |



https://vimeo.com/266488870

7

# US 11,403,932 Claim 18

| | |
|---|---|
| determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region; | BlackBoard Connect's Mass Notification system, such as a **school lockdown,** provides emergency notification of the emergency situation to wireless hand held device users affected in a specified region, such as a "targeted group" **a school**. |

> **Create once, publish everywhere**
>
> The create once, publish everywhere (COPE) movement is breathing life into outdated and clunky communication practices across K-12 districts. By using Blackboard Mass Notifications you can write a message once, select preferred communication methods, and publish across your desired channels—saving time, creating consistency, and building capacity.

https://vimeo.com/266488870



Target your messaging.
Designed for broad messages or targeted groups, you can send urgent alerts as well as carefully curated messaging. Send a single notification or send a single message to thousands. With recipient-specific information, you'll be able to customize what your recipients read.



https://www.blackboardk12.com/domain/59

7

# US 11,403,932 Claim 18

| | |
|---|---|
| generating and converting a text message indicative of the emergency situation into a digitized voice alert; and | BlackBoard Connect's Mass Notification system can **generate and convert a text message indicative of the emergency situation into a digitized voice alert to allow the message to be received on the user's Mobile device.** |



https://vimeo.com/266488870

# US 11,403,932 Claim 18

| | |
|---|---|
| transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region. | BlackBoard Connect's Mass Notification system transmits the digitized voice alert "broad messages" through specific towers of a cellular communications network to a specified region" target your message to targeted groups".  BlackBoard would have to transmit the notification though specific cell towers to reach a targeted group. |



https://www.blackboardk12.com/domain/59

10